UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, By and Through its Board of Trustees; et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No. 3:18-CV-03114-SEM-EIL |
| | ) |
| TERRY BROWN EXCAVATING, INC. | )<br>) |
| Defendant.) | ) |

## STIPULATION FOR DISMISSAL

COME NOW the Parties, by undersigned Counsel, and pursuant to Rule 41(a)(1)(A)(ii) and stipulate to the dismissal of this cause with prejudice, the parties to bear their own costs.

Respectfully Submitted,

GATES WISE SCHLOSSER & GOEBEL          CAVANAGH & O'HARA LLP


 /s/  GORDON W. GATES (by consent)          /s/  JAMES R. KIMMEY
Gordon W. Gates, No. 6192861                  James R. Kimmey, No. 6314932
1231 S. 8th St.                               101 W. Vandalia St., Suite 245
Springfield, IL  62703                        Edwardsville, IL  62025
(217) 522-9010 (telephone)                    (618) 692-5250 (telephone)
(217) 522-9020 (facsimile)                    (618) 692-5254 (facsimile)
gordon@gwspc.com                              jaykimmey@cavanagh-ohara.com

Attorneys For Defendant Terry Brown           Attorneys For Plaintiffs, Central
Excavating, Inc.                              Laborers' Pension Fund, et al.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing "*Stipulation for Dismissal*" was filed using the Court's CM/ECF system to ensure service upon all Counsel of record in this matter.

    /s/ James R. Kimmey
101 W. Vandalia St., Suite 245
Edwardsville, IL  62025
(618) 692-5250 (tel.)